UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Christopher Miller,** | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO.:** |
| | ) | |
| VS. | ) | |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Commercial Recovery Systems, Inc.,** | ) | |
| | ) | **UNLAWFUL DEBT COLLECTION** |
| Defendant. | ) | **PRACTICES** |

## COMPLAINT

1. Plaintiff Christopher Miller is a resident of St. Louis County, Missouri.

2. Defendant Commercial Recovery Systems, Inc. is a Texas Corporation with its business location and registered agent located in Dallas County, Texas.

3. During May, 2012 to December, 2012, Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system and using pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff prays for judgment against defendant for statutory damages of $500.00 per call, additional damages of up to $1,000.00 per call, and for such other and further relief as the Court may deem just and proper in this cause.

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**


                Respectfully submitted,

/s/ Steven R. White
Purschke, White, Robinson & Becker LLC
Steven R. White, #45595, #45595MO
316 E. Locust St.
Union, MO 63084
white@purschkewhite.com
(636) 583-5760 Fax: (636) 583-4887
Attorney for Plaintiff