**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| Christopher Miller, ) | |
| ) | Civil Action No.: |
| Plaintiff, ) | |
| ) | 4:12-cv-02316-SNLJ |
| vs. ) | |
| ) | |
| Commercial Recovery Systems, Inc.., ) | Judge Stephen N. Limbaugh Jr. |
| ) | |
| Defendant. ) | |

**ORDER OF JUDGMENT**

This Matter having come before this Court on Plaintiff's Motion for Default Judgment, due notice having been given, the Court having been fully advised,

IT IS HEREBY ORDERED:

Judgment is entered in favor of Plaintiff, CHRISTOPHER MILLER, and against Defendant, COMMERCIAL RECOVERY SYSTEMS, INC., as follows:

| | | |
|---|---|---|
| 1. | Statutory Damages Pursuant to the TCPA: | $60,000.00 |
| 2. | Attorneys' Fees: | $    130.00 |
| 3. | Costs: | $    415.00 |
| 4. | Total Judgment in the amount of | $60,545.00 |

SO ORDERED:

Stephen N. Limbaugh Jr.
United States District Judge

Dated: 7-26-13